MEMORANDUM
TO THE HONORABLE BRIAN M. COGAN
United States District Judge



RE: McDonald Addo
DOCKET NO.: 10-CR-379
SENTENCE DATE: October 15, 2010

On July 14, 2010, the above-noted defendant pleaded guilty before Magistrate Judge Robert M. Levy to illegal re-entry, and the presentence investigation was assigned to U.S. Probation Officer James Foster.

Mr. Foster has advised that due to the defendant's multiple prior arrests, and an alias associated with a prior arrest, which requires further inquiry, additional time is needed to obtain clarifying information which may be relevant to the criminal history calculation and the defendant's personal history. Due to the delay, we respectfully request an adjournment of the sentence date until late November 2010. We apologize for the inconvenience.

Respectfully Submitted,

Eileen Kelly
Chief U.S. Probation Officer

Prepared by: _____
Carol Sewell Rhoden
Supervising U.S. Probation Officer
(347) 534-3727

Date: September 23, 2010

cc: Tyler J. Smith, Esq.
Assistant U.S. Attorney

Deirdre D. von Dornum, Esq.
Defense Attorney

__√__ Adjournment Request Granted

_____ Adjournment Request Denied


Comments: _____
_____  _____

    /s/(BMC)                 5/27/16
_____  _____
The Honorable Brian M. Cogan    Date
United States District Judge